PS 8
(12/04)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for

JUN 1 1 2010

Eastern District of Washington

JAMES R LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

| U.S.A. vs. | Stephanie Marie Hammack | Docket No. | 2:10CR02033-FVS-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Stephanie Marie Hammack who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 28th day of April 2010, under the following conditions:

**Condition #1**: Defendant shall not commit any offense in violation of Federal, state or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Stephanie Marie Hammack is alleged to be in violation of her conditions for pretrial supervision in the Eastern District of Washington by having committed the offenses of possession of drug paraphernalia and carrying a concealed weapon in Yakima, Washington, on or about June 4, 2010.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that
the foreging is true and correct.

Executed on:  06/11/2010

by   s/James A. Moon

James A. Moon
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/11/10

Date