PS 8
(12/04)

# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**OCT 0 8 2010**

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.    Stephanie Marie Wells (Hammack)          Docket No.    2:10CR02033-FVS-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Stephanie Marie Hammack who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 28th day of April 2010, under the following conditions:

**Condition #18**: Refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Stephanie Marie Wells (Hammack) is alleged to be in violation of her conditions for pretrial supervision in the Eastern District of Washington by having used methamphetamine on or before September 22, 2010.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    10/08/2010 |
| by | s/James A. Moon |
|  | James A. Moon<br>U.S. Probation Officer |

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

10/8/2010
Date