PROB 12C
(7/93)

# United States District Court

## for the

## Eastern District of Washington

Report Date: January 24, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 25 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Marie Wells         Case Number: 2:10CR02033-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  12/7/2010

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 24 months               Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Shawn N. Anderson               Date Supervision Commenced: 6/20/2012

Defense Attorney:      Rick Lee Hoffman                Date Supervision Expires: 6/19/2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Ms. Wells failed to report to the U.S. Probation Office between January 1, and 5, 2013, to complete her monthly report form. |
| 2 | **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Ms. Wells moved from her current address on or about January 4, 2013. This officer went to her last known address on January 18, 2013, and again on January 23, 2013. Ms. Wells was not at the residence, and this officer was informed she had not been there since the previously listed date. Her current whereabouts are unknown. |
| 3 | **Special Condition #14**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. |

Prob12C
Re: Wells, Stephanie Marie
January 24, 2013
Page 2

You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Ms. Wells has failed to attend mental health treatment groups and individual sessions during January 2013, leading to her termination of services on January 24, 2013.

4   **Special Condition #17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Wells has failed to attend treatment groups and individual sessions during the month of January 2013, leading to her being terminated from services on January 24, 2013.

5   **Special Condition #19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Ms. Wells failed to go to the treatment vendor and provide a urine sample on January 9, and 15, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/24/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

January 25, 2013
Date