PROB 12C
(7/93)

Report Date: August 21, 2013

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Marie Wells             Case Number: 2:10CR02033-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 12/7/2010

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 24 Months           Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Ian Lloyd Garriques          Date Supervision Commenced: 6/20/2012

Defense Attorney:      Rick Lee Hoffman             Date Supervision Expires: 6/19/2015

---

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/24/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Stephanie Marie Wells met with this officer on August 19, 2013, at the U.S. Probation Office and admitted to using marijuana on August 13, 2013, and using methamphetamine from August 16, 2013, through August 18, 2013. She voluntarily signed an admission form. |

Prob12C
**Re: Wells, Stephanie Marie**
**August 21, 2013**
**Page 2**

| | |
|---|---|
| 7 | **Special Condition #17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Ms. Wells advised, and it was confirmed with the program staff, that she failed to attend her aftercare treatment groups at the co-occurring program offered by Central Washington Comprehensive Mental Health on August 8, 13, and 15, 2013. The staff advised she called in on August 8 and 13, 2013, with an explanation as to why she missed the sessions. On August 15, 2013, she did not call, nor did she show up for the group session.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/21/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer

8/22/13

Date