PROB 12C
(7/93)

Report Date: February 18, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Feb 22, 2016
SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Marie Wells    Case Number: 0980 2:10CR02033-FVS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: December 7, 2010

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison 24 months; TSR - 36 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Shawn N. Anderson    Date Supervision Commenced: February 24, 2014

Defense Attorney: Rick Lee Hoffman    Date Supervision Expires: August 23, 2016

---

**PETITIONING THE COURT**

**To issue a summons.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: Ms. Wells provided a random urinalysis sample on January 12, 2016, which tested presumptive positive for amphetamines. The specimen was confirmed positive for amphetamines on January 21, 2016. Ms. Wells signed an admission form on January 19, 2016, confirming she used methamphetamine on or about January 9, and 10, 2016.

On February 10, 2016, Ms. Wells admitted she used methamphetamine the day before. She came to the U.S. Probation office on February 11, 2016, and signed an admission form confirming her use of methamphetamine on or about February 9, 2016.

On February 17, Ms. Wells verbally admitted she again used methamphetamine on February 16, 2016.

2 **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Ms. Wells was communicating with Ricardo Dimas in October or November 2015, while he was incarcerated in the Yakima County Jail, in Yakima, Washington. She stated she knew he was a convicted felon when she was speaking with him, and this officer did not grant her permission to speak with him. Since about January 2016, Ms. Wells terminated her friendship with Mr. Dimas and understands she cannot have contact with a convicted felon without obtaining permission from her supervising probation officer.

3 **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: After Ms. Wells signed the admission form admitting her drug use on January 19, 2016, she agreed to attend three or more Alcoholics Anonymous meetings per week and provide this officer with written documentation confirming her attendance at the meetings, as well as meeting with this officer every Monday. Since January 19, 2016, Ms. Wells has failed to come see this officer on Mondays and provide the agreed upon signed attendance documents.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 18, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

February 22, 2016

Date